| | |
|---|---|
| John E. Flaherty<br>Cynthia Betz<br>MCCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 639-7903<br>Fax: (973) 297-3971<br><br>*Attorneys for Plaintiffs* | Of Counsel:<br>Irena Royzman<br>Jennifer Liu<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100<br>Fax: (212) 715-8000 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSSEN PRODUCTS, L.P., and<br>JANSSEN SCIENCES IRELAND<br>UNLIMITED COMPANY,<br><br>             Plaintiffs,<br><br>      v.<br><br>ZYDUS PHARMACEUTICALS (USA)<br>INC., AND CADILA HEALTHCARE<br>LTD.<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Janssen Products, L.P., states that it is an indirect, wholly owned subsidiary of Johnson & Johnson, a publicly held company. Plaintiff Jansen Sciences Ireland Unlimited Company is an indirect, wholly owned subsidiary of Johnson & Johnson.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ John E. Flaherty |
| *Of Counsel*: | John E. Flaherty |
| Irena Royzman | MCCARTER & ENGLISH, LLP |
| Jennifer Liu | 100 Mulberry Street |
| KRAMER LEVIN NAFTALIS & | Four Gateway Center |
| FRANKEL LLP | Newark, New Jersey 07102 |
| 1177 Avenue of the Americas | Tel: (973) 639-7903 |
| New York, New York 10036 | Fax: (973) 297-3971 |
| Tel: (212) 715-9100 |  |
| Fax: (212) 715-8000 | *Attorneys for Plaintiffs Janssen Products, L.P. and Jansen Sciences Ireland Unlimited Company* |

Dated: January 23, 2020